```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF INDIANA
```

IN RE:

GEORGE M and GEORGIA S DESHON          CASE NO: 08-01178-JKC-13

Debtor(s)

---

NOTICE OF PLAN COMPLETION

---

The Chapter 13 Trustee hereby certifies that the debtor has all payments under the confirmed Chapter 13 plan.

If the debtor is eligible for a discharge, he is now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's certification of Eligibility, on the Court's form. That form is available on the Bankruptcy Courts Website at www.insb.uscourts.gov. Under Bankruptcy Forms and Instructions, consult the list of Local forms and instructions.

**FAILURE TO FILE THE MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE WITHING 30 DAYS AFTER THE FILING OF THIS NOTICE MAYT RESULT IN THE CLOSING OF A CASE WITHOUT A DISCHARGE.**

Respectfully Yours,

Date: April 8, 2010                     /s/Robert A Brothers
                                         Chaptr 13 Trustee
Distributed to:

GEORGE M and GEORGIA S DESHON
826 S PLATE STREET
KOKOMO IN 46901

UAW LEGAL SERVICES PLAN
217 SOUTHWAY BLVD E STE 201
KOKOMO IN 46902

Debtor's Attorney, UST